UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONFORMIS, INC.,<br><br> *Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>BODYCAD LABORATORIES, INC.;<br>BODYCAD USA CORP.; and<br>EXACTECH, INC.<br><br> *Defendants and Counterclaim Plaintiffs*. | Civil Action No.: 8:21-cv-01346-SDM-CPT |

**JOINT NOTICE OF SETTLEMENT AND JOINT STIPULATION AND REQUEST TO STAY PRE-TRIAL DEADLINES AND SET STATUS CONFERENCE**

Plaintiff/Counterclaim Defendant Conformis, Inc. ("Conformis") and Defendants/Counterclaim Plaintiffs Bodycad Laboratories, Inc., Bodycad USA Corp., and Exactech, Inc. (collectively "Defendants" and together with Conformis, the "Parties"), hereby provide notice to the Court that the Parties have reached a settlement at the mediation conducted on November 16, 2022. In accordance with the settlement, the Parties, by and through their undersigned counsel, jointly stipulated as follows:

## JOINT STIPULATION

WHEREAS, the Parties participated in a mediation on November 16, 2022 before Mediator James M. Matulis and reached a tentative settlement pending the Parties' execution of a formal long-form settlement agreement.

WHEREAS, the Parties are in the process of memorializing the terms of the settlement and drafting the formal long-form settlement agreement.

WHEREAS, the settlement disposes of all claims at issue in this litigation.

WHEREAS, the Parties plan to file a joint stipulation of dismissal upon the execution of the settlement agreement.

WHEREAS, the Parties wish to avoid the expense associated with the upcoming claim construction briefing deadlines based on the settlement and, ask that the Court stay all further proceedings and deadlines for thirty (30) days pending the filing of the above-mentioned stipulation of dismissal.

IT IS THEREFORE STIPULATED AS FOLLOWS:

That, upon Court approval, all pretrial dates and deadlines be stayed and that the Court stay all further proceedings and deadlines for thirty (30) days pending the filing of the above-mentioned stipulation of dismissal

IT IS SO STIPULATED.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the Middle District of Florida, the Parties have conferred regarding this stipulation and the Parties agree on the relief requested herein.

Dated:  November 17, 2022

*/s/John R. Emerson*

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
JOHN N. MURATIDES
Florida Bar No. 332615
jmuratides@stearnsweaver.com
lwade@stearnsweaver.com
401 E. Jackson Street,
Suite 2100 (33602)
Post Office Box 3299
Tampa, Florida  33601
Telephone:  (813) 223-4800
Facsimile:  (813) 222-5089

**HAYNES AND BOONE, LLP**
JOHN R. EMERSON (*pro hac vice*)
*(Lead Counsel)*
russ.emerson@haynesboone.com
STEPHANIE N. SIVINSKI (*pro hac vice*)
stephanie.sivinski@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219(214) 651-5000
*Pro Hac Vice*

**HAYNES AND BOONE, LLP**
JASON T. LAO (*pro hac vice*)
jason.lao@haynesboone.com
ANDREA LEVENSON (*pro hac vice*)
andrea.levenson@haynesboone.com
NICOLETTE N. NUNEZ (*pro hac vice*)
nicolette.nunez@haynesboone.com
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
(949) 202-3000

*Counsel for Plaintiff Conformis, Inc.*

| | |
|---|---|
| */s/ Vanessa Palacio* | */s/Cameron C. Murphy* |

**GREENBERG TRAURIG, P.A.**
MICHAEL A. NICODEMA
Florida Bar No. 1036000
nicodemam@gtlaw.com
VANESSA PALACIO
Florida Bar No. 98054
palaciov@gtlaw.com
777 S. Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222

AND

**GREENBERG TRAURIG, LLP**
BARRY J. SCHINDLER (*pro hac vice*)
New Jersey Bar No. 2241362
schindlerb@gtlaw.com
500 Campus Drive, Suite 400
Florham Park, NJ 37932
Telephone: (973) 360-7944

*Attorneys for Defendant Exactech, Inc.*

**ALLEN, DYER, DOPPELT + GILCHRIST, PA**
BRIAN R. GILCHRIST
FL Bar No. 774065
bgilchrist@allendyer.com
255 South Orange Ave., Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone:   (407) 841-2330
Facsimile:    (407) 841-2343

**EVERSHEDS SUTHERLAND (US) LLP**
CAMERON C. MURPHY
FL Bar No. 0125086
cameronmurphy@eversheds-sutherland.us
999 Peachtree St. NE, Suite 2300
Atlanta, GA  30309
Telephone:   (404) 853-8000
Facsimile:    (404) 853-8806

**EVERSHEDS SUTHERLAND (US) LLP**
NICOLA A. PISANO (*pro hac vice*)
nicolapisano@eversheds-sutherland.us
SCOTT A. PENNER (*pro hac vice*)
scottpenner@eversheds-sutherland.us
12255 El Camino Real, Suite 100
San Diego, CA  92130
Telephone:   (858) 252-6502
Facsimile:    (858) 252 -6503

*Attorneys for Defendants Bodycad Laboratories, Inc. and Bodycad USA Corp.*

4

48230842.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provides notice of electronic filing to counsel of record.

/s/*John R. Emerson*
**John R. Emerson**